UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE AMBROSINO,<br><br>Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 19-241-DMG (Ex)<br><br>**ORDER OF DISMISSAL [22]** |

Pursuant to the Stipulation of Dismissal filed by the parties on June 13, 2019, IT IS HEREBY ORDERED THAT the above-captioned action is dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: June 17, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE